UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SAMUEL ADAMS,

    Petitioner,

    v.                        CAUSE NO. 3:26-CV-45-CCB-SJF

WARDEN,

    Respondent.

## ORDER

Immigration detainee Samuel Adams, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, arguing his detention by Immigration and Customs Enforcement (ICE) violated the laws and Constitution of the United States. The Warden filed a notice that Adams was released from Miami Correctional Facility pursuant to an Order of Supervision. ECF 8. Because Adams has received the relief he was requesting, there is no live case or controversy before the court and his petition is moot. *See Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006) ("For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated."); *see also Djadju v. Vega*, 32 F.4th 1102, 1107 (11th Cir. 2022) ("[W]here a habeas petitioner has been released from detention -- when, for example, he is removed from the country -- and he has not raised a challenge to a 'collateral consequence,' we've held that his appeal of the denial of his habeas petition has become moot."); *Riley v. I.N.S.*, 310 F.3d 1253, 1257 (10th Cir. 2002) (holding

the supervised release of an immigration detainee challenging his detention pending removal "moots his challenge to the legality of his extended detention").

Accordingly, the court **DISMISSES** the petition as **MOOT** and **DIRECTS** the clerk to close this case.

SO ORDERED on February 27, 2026.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT